# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEPHANIE CORREA,**
Appellant,

v.

**WESTBURY J CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D20-2608

[February 24, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Hurley, Judge; L.T. Case Nos. 062018CC001005AXXXNO and 062020AP020045AXCCCE.

Stephanie Correa, Deerfield Beach, pro se.

Michael D. Bogen of Bogen Law Group, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER, and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***